**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Marvin ALSBROOK, Petitioner**

**No. 345 EAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Leonard S. JACKSON, Petitioner**

**No. 330 EAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Markal Trey MUNFORD, Petitioner**

**No. 465 MAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.